1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

John J. Menchaca, Trustee
835 Wilshire Blvd., Suite 300
Los Angeles, CA 90017
Telephone:  (213) 683-0349
Facsimile:    (213) 261-4425
Email: igaeta@menchacacpa.com

Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

| | |
|---|---|
| **In re:** | Case No. 2:20-bk-21050-BR |
| **RANTAMAN PROPERTIES, INC.** | Chapter  7 |
| **Debtor(s).** | **NOTICE OF (1) CONDUCTING OF §341(a) MEETING OF CREDITORS BY ZOOM; AND (2) DOCUMENT REQUIREMENTS 7 DAYS PRIOR TO THE 341(A) MEETING OF CREDITORS** |
| | **Date: January 20, 2021**<br>**Time: 10:00 a.m.**<br>**Place: Zoom Meeting** |

**TO THE ABOVE NAMED DEBTOR(S) AND THE ATTORNEY ON RECORD, IF ANY, AND ALL INTERESTED PARTIES:**

You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above entitled matter scheduled for **January 20, 2021 at 10:00 a.m.,** will now take place by **ZOOM**.  All parties are encouraged to familiarize themselves with how to join a meeting at https://support.zoom.us/hc/en-us/articles/201362193-Joining-a-Meeting  and using Zoom at https://zoom.us/

**PLEASE TAKE FURTHER NOTICE THAT** to join the Zoom meeting, parties should use the following url link, meeting ID, passcode and, if joining by telephone, the following telephone number(s):

Topic: John J Menchaca 341(a) Meeting of Creditors

Join Zoom Meeting

https://us02web.zoom.us/j/82394783851?pwd=NlhzcERpV201MVFYWG84KzVMUUlWUT09

Meeting ID: 823 9478 3851
Passcode: 194119

One tap mobile
+16699006833,,82394783851#,,,,,,0#,,194119# US (San Jose)
+13462487799,,82394783851#,,,,,,0#,,194119# US (Houston)

Dial by your location
        +1 669 900 6833 US (San Jose)
        +1 346 248 7799 US (Houston)
        +1 253 215 8782 US (Tacoma)
        +1 929 205 6099 US (New York)
        +1 301 715 8592 US (Washington D.C)
        +1 312 626 6799 US (Chicago)

Meeting ID: 823 9478 3851
Passcode: 194119

Find your local number: https://us02web.zoom.us/u/kbHjRZWpbd

        After you join the meeting, please rename the "participant" with the **last name and the 7-digit case number** you are appearing on (e.g. Smith; 20-12345).  This will make it easier for the Trustee to determine which participants are in the waiting room and when to admit them into the video room.

        All participants (debtors, attorneys, creditors) must join the meeting at least 10 minutes prior to their scheduled time and wait in the virtual waiting room.  Each debtor(s) and their attorney (if applicable) will be brought into the 341a virtual meeting room by the Trustee or his staff before their matter is called and their examination taken. We will do our best to give you advance notice while you are waiting in the virtual meeting room so please monitor the "chat" comments while you wait.

        **Counsel will be responsible for working out the logistics with their clients.**

        **Document Requirements PRIOR To 341(a) Meeting**

   • Debtor must submit the following documents ASAP, and prior to the 341(a) Meeting by uploading to Stretto's Document Portal (*available only to debtors with counsel*). **Uploading is strongly preferred** Documents will also be accepted by email to igaeta@menchacacpa.com or via fax to (213) 261-4425:

        1. Color copies of a government issued identification card (i.e., driver's license) and a government or employer issued document evidencing the Debtor's entire social security number (social security card, medicare card, W2 or 1099); **VERY IMPORTANT: *The Debtors will not examined, if we don't have before the examination, proof of identification and proof of social security number*.**

2

**2.** Most recent filed tax return; If Debtor is not required to file Tax Returns, please provide a Tax Declaration.

**3.** Copies of bank statements for prior 3 months, including petition date, for all accounts debtor is a signatory;

**4.** If debtor owns any real property, provide current mortgage statement and proof of homeowners insurance;

**5.** If debtor owns a vehicle(s), provide most recent loan statement and proof of insurance.

**6.** Completed and signed Trustee Questionnaire (attached to this notice);

**7.** If debtor has Domestic Support Obligations, please provide completed DSO form.

- Debtor must read the Bankruptcy Information Sheet *prior* to the 341(a) Meeting, which is attached to this information notice. Also available on the Department of Justice's website in several languages:

  https://www.justice.gov/ust/bankruptcy-information-sheet-0#whenufile

- Failure to provide appropriate and timely proof of the enumerated required documents will result in continuance of the 341(a) Meeting.

Requirements During the Examination

- The debtor and counsel must have available a copy of the petition, schedules, statement of financial affairs, means test, Rule 4002 documents or any other case documents that the debtor may reasonably be questioned about during the 341 Meeting.

- Debtor's counsel will be responsible for confirming the validity of previously submitted Debtor's ID and SSN evidence by affirming on the record at the meeting that they have verified the Debtor's Identification and SSN.

Interpreter

- If the debtor requires an interpreter, please promptly contact the trustee administrator in advance by email to igaeta@menchacacpa.com, to request an interpreter. An advance request will assist in a more efficient meeting.

Continuance Request

- If the debtor or counsel will be unable to appear for the 341(a) Meeting by phone as set out in this notice, promptly contact the trustee administrator by email to igaeta@menchacacpa.com to request a continuance.

***If you have any questions, please contact Trustee Administrator, Imelda Gaeta by email at igaeta@menchacacpa.com Please do NOT call the office.***

DATED: January 2, 2021                          /s/John J. Menchaca
                                                John J. Menchaca, Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**835 Wilshire Boulevard, Suite 300, Los Angeles, California 90017**


A true and correct copy of the foregoing document entitled (*specify **NOTICE OF (1) CONDUCTING OF §341(a) MEETING OF CREDITORS BY ZOOM; AND (2) DOCUMENT REQUIREMENTS 7 DAYS PRIOR TO THE 341(A) MEETING OF CREDITORS*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On January 2, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On January 2, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR**
Rantaman Properties, Inc.
3533 Atlantic Ave
Suite 306F
Long Beach, CA 90807

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page


I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/2/2021 | Imelda Gaeta | /s/ Imelda Gaeta |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Wesley H Avery on behalf of Trustee John J Menchaca (TR)
wes@averytrustee.com, lucy@averytrustee.com;alexandria@averytrustee.com

Glenn C. Kelble on behalf of Creditor Anchor Loans, LP
glenn@ksgklaw.com

Glenn C. Kelble on behalf of Interested Party Interested Party
glenn@ksgklaw.com

John J Menchaca (TR)
jmenchaca@menchacacpa.com, ca87@ecfcbis.com;igaeta@menchacacpa.com

Gordon A Petersen on behalf of Debtor Rantaman Properties, Inc.
drew@dpetersenlegal.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                    **F 9013-3.1.PROOF.SERVICE**